No. 5871.—RUSSELL & CO., SUCRS., S. EN C., aplte., *v.* DOMENECH, TESORERO DE PUERTO RICO, apldo.—C. D. San Juan. ▆▆▆▆▆
▆▆▆▆▆▆▆ Noviembre 16, 1933.

Por los motivos expresados en la opinión emitida hoy en el caso No. 5869, *Horace Havemeyer, etc.* v. *Manuel V. Domenech, Tesorero,* se revoca la sentencia apelada que dictó la Corte de Distrito de San Juan en 6 de mayo de 1931, en tanto en cuanto se refiere a la finca "El Tuque" y a las 100 cuerdas de la finca "La Reparada" mencionadas en dicha opinión, y se condena al demandado a que devuelva a los demandantes $122.03 pagados bajo protesta sobre la finca "El Tuque", y $440 por contribuciones pagadas bajo protesta sobre la finca "La Reparada" por los años fiscales 1926-27 y 1927-28 respectivamente, y se confirma en todo lo demás dicha sentencia, sin especial condenación de costas.

No. 5872.—RUSSELL & CO., SUCRS., S. EN C., aplte., *v.* GALLARDO, TESORERO DE PUERTO RICO, apldo.—C. D. San Juan. ▆▆▆▆▆
▆▆▆▆▆▆ Noviembre 16, 1933.

Por los motivos expresados en la opinión emitida en el día de hoy en el caso No. 5869, *Horace Havemeyer, etc.* v. *Manuel V. Domenech, Tesorero,* se confirma la sentencia apelada que dictó la Corte de Distrito de San Juan el 6 de mayo de 1931, en el caso de epígrafe.

EX PARTE CORA, peticionario, ▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆—Noviembre 17, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Examinadas la petición que antecede y la documentación que se acompaña, vista la doctrina establecida en los casos de *Ex Parte Urrutia,* 43 D.P.R. 168 y 916, *no ha lugar* a la autorización solicitada.